IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| WALLACE WILLINGHAM, | ) | |
|---|---|---|
| Petitioner, | ) | CASE NO. 1:10-0042 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| TONY PARKER, Warden, | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice**. The Court **GRANTS** a Certificate of Appealability under 28 U.S.C. § 2253(c) on Petitioner's claim of ineffective assistance of trial counsel on sentencing issues.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 28th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court